PER CURIAM.
Affirmed. See Laberge v. Vancleave, 534 So.2d 1176 (Fla. 5th DCA 1988); Tripp v. Killam, 492 So.2d 472 (Fla. 4th DCA 1986); Thermofin, Inc. v. Woodruff, 491 So.2d 344 (Fla. 4th DCA 1986); Greenstein v. Greenbrook, Ltd., 443 So.2d 296 (Fla. 3d DCA 1983); Akins v. Hudson Pulp & Paper Co., Inc., 330 So.2d 757 (Fla. 1st DCA 1976), cert. denied, 344 So.2d 323 (Fla.1977); Hinton v. Iowa Nat’l Mut. Ins. Co., 317 So.2d 832 (Fla. 2d DCA 1975), cert. denied, 328 So.2d 842 (Fla.1976); Phillips v. Hall, 297 So.2d 136 (Fla. 1st DCA 1974); Racino v. Saxon, 222 So.2d 274 (Fla. 4th DCA 1969). Cf. Van Sickle v. Allstate Ins. Co., 503 So.2d 1288 (Fla. 5th DCA 1987); Executive Car & Truck Leasing, Inc. v. DeSerio, 468 So.2d 1027 (Fla. 4th DCA), review denied, 480 So.2d 1293 (Fla.1985).